**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

|  |  |
|---|---|
| THE WITTERN GROUP, INC., <br><br>       Plaintiff, <br><br> v. <br><br> NOUFAL BABU PALLIPARAMBAN a/k/a NOUFAL BABU, <br><br>       Defendant. | Case No. 4:24-cv-00151-RGE-SBJ <br><br><br> **STIPULATION OF DISMISSAL** |

COME NOW Plaintiff, by and through its undersigned counsel, and Defendant, proceeding *pro se*, and pursuant to Rule 41(a)(1)(A)(ii) hereby file this Stipulation of Dismissal for the remaining counts, specifically Counts III and IV, of Plaintiff's Complaint.


Dated: January 29, 2026       Respectfully submitted,

                      */s/ Jeffrey D. Harty*
                      Jeffrey D. Harty
                      Lynn C. Herndon
                      Dana W. Hempy
                      NYEMASTER GOODE, P.C.
                      700 Walnut Street, Suite 1300
                      Des Moines, Iowa 50309
                      T: (515) 283-3100
                      F: (515) 283-3108
                      E: jharty@nyemaster.com
                      E: lherndon@nyemaster.com
                      E: dhempy@nyemaster.com

                      **ATTORNEYS FOR PLAINTIFF
                      THE WITTERN GROUP, INC.**

*/s/ Noufal Babu*
Noufal Babu (proceeding *pro se*)
Olive Kalista
Ste Arista 18e
Kakkanad
India
6304005313
Email: noufal.babu@outlook.com
Email: noufalbabu@gmail.com

**DEFENDANT, PROCEEDING *PRO SE***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 29, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, a copy of which will be served upon all counsel and parties of record registered with the CM/ECF system via Notice of Electronic Filing and via electronic mail.

Noufal Babu (proceeding *pro se*)
Olive Kalista
Ste Arista 18e
Kakkanad
India
6304005313
Email: noufal.babu@outlook.com
Email: noufalbabu@gmail.com

*/s/ Nicole Christensen*