IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

|  |  |
|---|---|
| THE WITTERN GROUP, INC.,<br><br>    Plaintiff,<br>v.<br><br>NOUFAL BABU PALLIPARAMBAN a/k/a NOUFAL BABU,<br><br>    Defendant. | **No. 4:24-cv-00151-RGE-SBJ**<br><br>**ORDER RE:<br>DISBURSEMENT OF FUNDS** |

On January 29, 2026, the parties jointly stipulated to the dismissal of this action. ECF No. 151. Therefore, the Court orders the bond imposed by its Order Granting in Part Plaintiff's Motion for Temporary Restraining Order, ECF No. 9, exonerated.

**IT IS ORDERED** that the Clerk of Court for the United States District Court for the Southern District of Iowa shall disburse $1.00 from the Court's treasury registry payable to The Wittern Group, Inc., c/o Nyemaster Good PC, 700 Walnut Street, Suite 13000, Des Moines, Iowa 50309.

**IT IS SO ORDERED**.

Dated this 3rd day of February, 2026.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE